P/E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CONCRETE FLOTATION SYSTEMS, INC.,
d/b/a BELLINGHAM MARINE,

                    Plaintiff,

-against-

TADCO CONSTRUCTION CORPORATION and
UNITED STATES FIRE INSURANCE COMPANY,

                    Defendants.
-------------------------------------------------------------- X

07 CV 319 (ARR)

<u>NOT FOR PRINT OR
ELECTRONIC
PUBLICATION</u>

<u>OPINION AND ORDER</u>

ROSS, United States District Judge:

The trial and pretrial briefing schedule ordered by the court during the conference held April 24, 2009 is hereby stayed pending consideration of plaintiff's renewed motion for summary judgment.

SO ORDERED.

                                    s/ ARR
                                    Allyne R. Ross
                                    United States District Judge

Dated: May 28, 2009
        Brooklyn, New York

SERVICE LIST:

        <u>Counsel for Plaintiff</u> (via ECF and fax)
        Christopher J. Robinson
        Davis Wright Tremaine LLP
        1633 Broadway
        New York , NY 10019
        Fax: 212-489-8340

        <u>Counsel for Defendant TADCO Construction Corp.</u> (via ECF and fax)
        Bryan Ha
        Attorney at Law
        271 Madison Avenue
        20th Floor
        New York , NY 10016
        Fax: 212-904-0299

        <u>Counsel for Defendant United States Fire Company</u> (via ECF and fax)
        Scott Levin
        Scott M. Palatucci
        McElroy, Deutsch, Mulvaney & Carpenter, LLP
        1300 Mt Kemble Avenue
        Po Box 2075
        Morristown , NJ 07962
        Fax: 973-425-0161

cc:        Magistrate Judge Pohorelsky (via ECF)