# BRYAN HA

ATTORNEY AT LAW
799 BROADWAY, SUITE 336
NEW YORK, NEW YORK 10003
TELEPHONE: (212) 537-6971   MOBILE: (646) 245-7443   FACSIMILE: (212) 904-0299
E-MAIL: bhanyc@gmail.com

March 26, 2010

**VIA ECF**
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Concrete Flotation Systems, Inc. v. TADCO Constr. Corp. et al.
       Case No. 07-cv-319 (AAR) (VVP)

Dear Judge Pohorelsky:

  I represent Defendant TADCO Construction Corp. in the above-referenced action. I write to respectfully request an extension of the deadline for the parties to submit objections to the Report and Recommendation issued by Your Honor on March 15, 2010, in connection with Plaintiff Concrete Flotation Systems, Inc.'s motion for attorneys' fees, interest and costs. The current deadline for filing objections is March 29, 2010. It is respectfully request that this deadline be extended by thirty (30) days, to April 28, 2010.

  The reason for this request is that I have been out of the office for much of the past week because my wife just had a baby and, as a result, need additional time to prepare the objections. In addition, on top of other litigation obligations, I have an out-of-state trial starting in the first week of April which is expected to last 6 to 8 weeks.

  This is the first request made by any party for an extension of the deadline to file objections to the Report and Recommendation. I have asked Plaintiff's counsel for his consent to this request but have not yet received a response.

  Thank you for Your Honor's consideration of this request.

              Respectfully submitted,

              Bryan Ha

Honorable Viktor V. Pohorelsky
Page 2 of 2
March 26, 2010

cc: Randall Steichen, Esq. (via ECF)
    Adam Schwartz, Esq. (via ECF)
    Scott Palatucci, Esq. (via ECF)