# BRYAN HA

ATTORNEY AT LAW

799 BROADWAY, SUITE 336
NEW YORK, NEW YORK 10003
TELEPHONE: (212) 537-6971   MOBILE: (646) 245-7443   FACSIMILE: (212) 904-0299
E-MAIL: bhanyc@gmail.com

July 27, 2010

**VIA ECF**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Concrete Flotation Systems, Inc. v. TADCO Constr. Corp. et al.
Case No. 07-cv-319 (AAR) (VVP)

Dear Judge Pohorelsky:

I represent Defendant TADCO Construction Corp. in the above-referenced action. I write to respectfully request that the conference currently scheduled for July 29, 2010, at 3:00 PM, be adjourned to August 5, 2010.

The reason for this request is that I have trial scheduled in a matter in Queens County Supreme Court that day and therefore will not be able to appear for the conference. I have apprised counsel for all parties of this conflict and they have consented to adjourning the conference to August 5, 2010, subject to the Court's approval.

This is TADCO's first request for an adjournment of the conference. The conference was previously adjourned once at the request of counsel for Defendant United States Fire Insurance Company with the consent of all parties (it was adjourned to July 22, 2010 and then subsequently rescheduled by the Court to July 29, 2010).

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/
Bryan Ha

cc: Christopher Robinson, Esq. (via ECF)
    Adam Schwartz, Esq. (via ECF)
    Scott Palatucci, Esq. (via ECF)