UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

CONCRETE FLOTATION SYSTEMS, INC., :
d/b/a BELLINGHAM MARINE, : 07 CV 319 (ARR) (VVP)
:
         Plaintiff, :
:
       - against - :
:
TADCO CONSTRUCTION CORPORATION :
and UNITED STATES FIRE INSURANCE :
COMPANY, :
:
         Defendants. :

------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF ATTORNEY

To the Clerk of the Court and all parties of record:

    PLEASE TAKE NOTICE that Robert D. Balin of the law firm Davis Wright Tremaine LLP hereby withdraws as attorney for Plaintiff in the above-captioned case.  Randall Steichen of Gordon & Rees LLP, 701 Fifth Avenue, Suite 2100, Seattle, Washington 98104, remains as attorney of record.  All papers and communications in this matter should continue to be directed to Mr. Steichen.

Dated:  November 19, 2010
       New York, New York

                                            Respectfully submitted,

                                            DAVIS WRIGHT TREMAINE LLP

                                            By:  s/Robert D. Balin
                                                 Robert D. Balin
                                                 1633 Broadway, 27th Floor
                                                 New York, New York 10019
                                                 (212) 489-8230
                                                 robbalin@dwt.com